UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Terry Morgan, Regional Director of
Region Seven of the National Labor Relations
Board, on behalf of the National Labor Relations
Board,

      Petitioner,                             Case No.: 13-14686

v.                                        Honorable Sean F. Cox

Holy Cross Youth and Family Services, Inc.,
d/b/a Kairos Healthcare,

      Respondent.
_____/

## ORDER ON PETITION FOR PRELIMINARY INJUNCTION

For the reasons set forth in today's Opinion Granting Petition for Preliminary Injunction under Section 10(j) of the National Labor Relations Act, the Court GRANTS Petitioner Terry Morgan's request for a temporary preliminary injunction, to last until August 20, 2014 or until the National Labor Relations Board issues a final determination on the merits[1], whichever is earlier.

Until the expiration of the temporary preliminary injunction, the Court ORDERS Respondent Holy Cross Youth and Family Services, Inc., d/b/a Kairos Healthcare, to:

1)     Bargain with the Union in good faith;

2)     Provide the Union with the average number of hours worked by TOC employees over the previous six month period;

3)     If requested by the Union, rescind any changes to the bargaining unit's terms and conditions of employment that were unilaterally made by Respondent; and

_____

[1] On February 20, 2014, Petitioner filed a Motion to Supplement the Record with ALJ Mark Carissimi's interim decision.  (Doc. #15).  That motion was filed after this Court's Opinion was prepared, but before the Order issued.

4)      Post copies of this Order in a conspicuous location at its facility, or wherever notices to employees are typically posted.

Nearing the expiration of the preliminary injunction, Petitioner may file a renewed petition for injunctive relief if the Board has not reached a resolution on Petitioner's Complaint.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  February 21, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 21, 2014, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager